No. 358. SUNCOOK VALLEY RAILROAD v. BOSTON & MAINE RAILROAD. October 14, 1946. Petition for writ of certiorari to the Supreme Court of New Hampshire denied. *Mayland H. Morse* for petitioner. *Jonathan Piper* for respondent.

No. 359. PHILADELPHIA COMPANY v. GUGGENHEIM ET AL.;

No. 360. PHILADELPHIA COMPANY v. PITTSBURGH;

No. 361. PHILADELPHIA COMPANY v. BAKER ET AL.;

No. 362. MONONGAHELA STREET RAILWAY CO. ET AL. v. GUGGENHEIM ET AL.;

No. 363. MONONGAHELA STREET RAILWAY CO. ET AL. v. PITTSBURGH; and

No. 364. MONONGAHELA STREET RAILWAY CO. ET AL. v. BAKER ET AL. October 14, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Thomas J. Munsch, Jr.* for the Philadelphia Company. *Wm. S. Moorhead* and *A. W. Henderson* for petitioners in Nos. 362, 363 and 364. *Joseph Nemerov* and *Maurice J. Dix* for Guggenheim et al.; *Anne X. Alpern* and *Leon Wald* for the City of Pittsburgh; and *H. F. Stambaugh* for Baker et al., respondents. *Solicitor General McGrath, Roger S. Foster* and *George Zolotar* for the Securities & Exchange Commission, in opposition to the petitions. Reported below: 155 F. 2d 477.

No. 372. WASSERBERGER v. RODNEY ET AL. October 14, 1946. Petition for writ of certiorari to Surrogate's Court, New York County, New York, denied. *Edwin B. Wolchok* for petitioner. *James N. Vaughan* for Rodney, respondent.